UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT NATHANIEL OLDS, | ) |
| Petitioner, | ) |
| vs. | ) Case number 4:09cv1782 CAS |
| | ) TCM |
| DAVE DORMIRE, | ) |
| Respondent. | ) |

# ORDER

Petitioner, Robert Nathaniel Olds, seeks 28 U.S.C. § 2254 relief from a decision denying him release on parole. In response to an order of the Honorable Charles A. Shaw, now Senior United States District Court Judge, to show cause why Petitioner should not be granted the relief he seeks, Respondent argues the action should be dismissed as successive, untimely, or without merit.

Petitioner has since twice been granted leave to file an amended petition. Respondent is not required, however, to answer these petitions unless so ordered. See Rule 5, Rules Governing Section 2254 Cases. Respondent has not yet been ordered to respond to the amended petitions. Consequently, Petitioner's various requests for an entry of default will be denied.

Also to be denied are his requests for entry of a final judgment, his motion for leave to file a motion to testify before the court, and his motion for reconsideration of the Court's March 30, 2010, order. His motion titled "Motion to Amend Petition" also challenges the Court's denial of a default judgment. It too will be denied. Moreover, Petitioner is directed

not to file any further motions for a default judgment until such time as Respondent *may* be ordered to answer an amended petition and the time for such answer to be filed has passed.

For the foregoing reasons,

**IT IS HEREBY ORDERED** that Petitioner's motions docketed as numbers 36, 43, 52, 56, 58, 60, 62, 63, and 64 are **DENIED**.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this  23rd  day of June, 2010.